**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STEVE P. SHULTZABERGER.,

    Plaintiffs,

v.                                                                          CV No. 17-1028 KRS/CG

THOMAS E. HALL, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on review of the record. **IT IS HEREBY ORDERED** that a telephonic status conference will be held on **Tuesday, October 23, 2018, at 3:00 p.m.**

Parties shall call Judge Garza's "Meet Me" line at (505) 348-2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

                                                   _____
                                                   THE HONORABLE CARMEN E. GARZA
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE