IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVE P. SHULTZABERGER.,

    Plaintiffs,

v.                                                                       CV No. 17-1028 KRS/CG

THOMAS E. HALL, et al.,

    Defendants.

## **ORDER VACATING SETTLEMENT CONFERENCE**

**THIS MATTER** is before the Court on review of the record. The Court, having reviewed the parties' settlement statements and having discussed the case with the parties, finds that conducting a settlement conference at the present time would not be fruitful.

**IT IS THEREFORE ORDERED** that the telephonic status conference set for November 1, 2018, at 3:00 p.m., and the settlement conference set for November 9, 2018, at 9:00 a.m., are hereby **VACATED**.

                                                   _____
                                                   THE HONORABLE CARMEN E. GARZA
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE