**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

STEVE P. SHULTZABERGER.,

       Plaintiff,

v.                                           CV No. 17-1028 KRS/CG

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.,

       Defendant.

## ORDER SETTING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court on review of the record. To facilitate a final

disposition of this case, a settlement conference will be conducted in accordance with

Federal Rule of Civil Procedure 16(a)(5). After discussing a mutually agreeable time

and date with counsel, the conference will be held on **Tuesday, November 13, 2018, at**

**8:30 a.m., in the Organ Courtroom, United States District Courthouse, 100 N.**

**Church St., Las Cruces, New Mexico**.

       A party must show good cause to vacate or reschedule the settlement

conference. Any such request must provide the Court with sufficient notice to ensure

that other matters may be scheduled in the time allotted for the settlement conference.

       **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE