**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STEVE P. SHULTZABERGER.,

    Plaintiff,

v.                                                                              CV No. 17-1028 KRS/CG

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.,

    Defendant.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon the parties' settlement of this matter on November 20, 2018. **IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **December 20, 2018**.

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE